IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | | |
|---|---|---|
| DEANTE GHOLSTON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 124-073 |
| | ) | |
| CYNTHIA DITSLEAR, D.D.S., | ) | |
| | ) | |
| Defendant. | ) | |

**O R D E R**

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which objections have been filed. (See doc. no. 51.) The Magistrate Judge recommended granting Defendant Dr. Ditslear's motion to dismiss because the allegations in the complaint fail to state a claim upon which relief can be granted. (See doc. no. 45.) In particular, the Magistrate Judge explained Plaintiff failed to allege Dr. Ditslear acted with subjective recklessness as used in the criminal law, as is required to state a viable Eighth Amendment claim under Wade v. McDade, 106 F.4th 1251, 1262 (11th Cir. 2024) (*en banc*).

Plaintiff does not object to the recommendation for dismissal, but he requests the dismissal be without prejudice because he has yet to receive any dental treatment after his transfer to Telfair State Prison. (See doc. no. 51.) The recommendation for dismissal was based on the allegations about his treatment by Dr. Ditslear at Augusta State Medical Prison

("ASMP") from October 2023 through his transfer to Telfair State Prison in February 2024, as stated in the complaint currently before the Court. (See doc. no. 1.) While the current allegations are insufficient, nothing in this Order prevents Plaintiff from filing a new civil action based on new allegations that may arise as a consequence of his treatment subsequent to leaving ASMP in February 2024, subject to all standard requirements of the Prison Litigation Reform Act.

Accordingly, the Court **OVERRULES** the objections, **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion, **GRANTS** Dr. Ditslear's motion to dismiss, (doc. no. 25), and **DISMISSES** this civil action. The Court **DIRECTS** the Clerk to enter an appropriate judgment of dismissal and **CLOSE** this case.

SO ORDERED this 2nd day of June, 2025, at Augusta, Georgia.

HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA