AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

DEANTE GHOLSTON,

v.

CYNTHIA DITSLEAR, D.D.S.,

JUDGMENT IN A CIVIL CASE

CASE NUMBER: 1:24-cv-00073

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, in accordance with the Order signed June 2, 2025, the Court overrules the objections, adopts the Report and Recommendation of the Magistrate Judge as its opinion, grants Dr. Ditslear's motion to dismiss, and dismisses this civil action. This case stands closed.



6/2/2025
Date

John E. Triplett, Clerk of Court
Clerk

(By) Ann Duke, Deputy Clerk

GAS Rev 10/2020